```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

ANGELA M. TABB,                         :
                                        :
    Plaintiff,                          :
                                        :
vs.                                     :     CIVIL ACTION 11-0287-M
                                        :
MICHAEL J. ASTRUE,                      :
Commissioner of Social Security,        :
                                        :
    Defendant.                          :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant, Michael J. Astrue, and against Plaintiff Angela M. Tabb.

DONE this 24th day of January, 2012.

                                         s/BERT W. MILLING, JR.
                                         UNITED STATES MAGISTRATE JUDGE